```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────────

**YURY MOSHA, RUSSIAN AMERICA INC.,**

              Plaintiffs,        20 Civ. 02608 (JGK)

    - against -               ORDER

**FACEBOOK, INC., INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS (ICANN), DYNADOT LLC, NAME.COM INC., NAME.COM LLC, NAMECHEAP, INC., NAMESILO, LLC, GRANSY S.R.O., HOSTING UKRAINE LLC, GODADDY.COM, INC., PDR LTD. d/b/a PUBLICDOMAINREGISTRY.COM, REG.RU LLC, SIM-NETWORKS CIS, HETZNER ONLINE GMBH, CLOUDFLARE, INC., VARITI INTERNATIONAL GMBH, HOSTING TECHNOLOGY LTD.,**

              Defendants.

───────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The time for the plaintiffs to respond to all Motions to Dismiss is extended to October 16, 2020. The time for replies is extended to October 30, 2020. The extension of time is more than sufficient for the plaintiff to respond to the outstanding Motions to Dismiss. Chambers will email a copy of this order to the pro se party.

**SO ORDERED.**

Dated:    New York, New York
           September 8, 2020           /s/ John G. Koeltl
                                                              John G. Koeltl
                                                     United States District Judge