**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**YURY MOSHA ET AL.,**

             Plaintiffs,         20-cv-2608 (JGK)

    - against -                     ORDER

**FACEBOOK INC. ET AL.,**

             Defendants.

---

**JOHN G. KOELTL, District Judge:**

    Because the plaintiff failed to file an amended complaint within 30 days of the issuance of this Court's Opinion and Order dated January 22, 2021, this case is dismissed with prejudice. The Clerk is directed to enter judgment accordingly and to close this case.

    The Clerk is directed to mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated:    New York, New York
           March 1, 2021                /s/ John G. Koeltl
                                                             **John G. Koeltl**
                                                  **United States District Judge**