# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

YURY MOSHA ET AL.,

                Plaintiffs,

-against-                      20 **CIVIL** 2608 (JGK)

# **JUDGMENT**

FACEBOOK INC. ET AL.,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 1, 2021, because the plaintiff failed to file an amended complaint within 30 days of the issuance of this Court's Opinion and Order dated January 22, 2021, this case is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

      March 1, 2021

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

**BY:**    *K. Mango*

                                                    **Deputy Clerk**